IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENEXA BRASSRING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-521 (SLR) |
| | ) | |
| TALEO CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER

It is hereby stipulated by the parties, subject to the approval of the Court, that the time for defendant to answer, move or otherwise plead in response to the Complaint is extended to January 31, 2008.

RICHARDS, LAYTON & FINGER

/s/ *Frederick L. Cottrell, III*

Frederick L. Cottrell, III (#2555)
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
cottrell@rlf.com

*Attorneys for Plaintiff*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Thomas C. Grimm (#1098)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
tgrimm@mnat.com

*Attorneys for Defendant*

So ordered this ___ day of January, 2008

_____
The Honorable Sue L. Robinson

1420117