IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENEXA BRASSRING, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TALEO CORPORATION, )<br>)<br>Defendant. ) | C.A. No. 07-521 (SLR) |

**TALEO CORPORATION'S CORPORATE DISCLOSURE STATEMENT**

Defendant, Taleo Corporation ("Taleo"), files this Corporate Disclosure Statement in accordance with Rule 7.1 of the Federal Rules of Civil Procedure and states as follows:

1. Taleo does not have a parent corporation.

2. T. Rowe Price holds 10% or more of Taleo's stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
Thomas C. Grimm (#1098)
1201 North Market Street
Wilmington, DE 19899-1347
(302) 351-9291
jblumenfeld@mnat.com
tgrimm@mnat.com

*Attorneys for Taleo Corporation*

*Of Counsel*:

Jay F. Utley
Brian C. McCormack
Nathan A. Engels
J. Brent Alldredge
BAKER & MCKENZIE LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201
(214) 978-3000

Dated: January 28, 2008

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on January 28, 2008 I electronically filed the foregoing document, which will send notification of such filing(s) to the following:

> Frederick L. Cottrell, III, Esquire
> RICHARDS, LAYTON & FINGER

I also certify that copies were caused to be served on January 28, 2008 upon the following in the manner indicated:

**BY ELECTRONIC MAIL**
**and HAND DELIVERY**

Frederick L. Cottrell, III, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

**BY ELECTRONIC MAIL**

Matthew B. Lowrie, Esquire
Robert J. Silverman, Esquire
LOWRIE, LANDO & ANASTASI, LLP
Riverfront Office Pary
One Main Street – 11th Floor
Cambridge, MA  02142

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)

1420123