IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENEXA BRASSRING, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TALEO CORPORATION,<br><br>　　　　　Defendant. | C. A. No.: 07-521-SLR |

# PLAINTIFF'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(b), Plaintiff Kenexa BrassRing, Inc., by its undersigned counsel, states that it its parent corporations are Kenexa Technology, Inc. and Kenexa Corporation, which is a publicly held corporation.

OF COUNSEL:

Matthew B. Lowrie
Robert J. Silverman
Lowrie, Lando & Anastasi, LLP
One Main Street, Eleventh Floor
Cambridge, MA  02142

Dated: March 5, 2008

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
Kelly E. Farnan (#4395)
Richards, Layton & Finger
One Rodney Square
920 North King Street
P. O. Box 551
Wilmington, DE  19899
Telephone: (302) 651-7700
cottrell@rlf.com
farnan@rlf.com

*Attorneys for Plaintiff*
*KENEXA BRASSRING, INC.*

RLF1-3259746-1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Jack B. Blumenfeld
> Thomas C. Grimm
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> P. O. Box 1347
> Wilmington, DE 19899

I hereby certify that on March 5, 2008, the foregoing document was sent via CM/ECF notification to the following:

> Jay F. Utley
> Brian C. McCormack
> Nathan A. Engels
> J. Brent Alldredge
> Baker & McKenzie LLP
> 2300 Trammell Crow Center
> 2001 Ross Avenue
> Dallas, TX 75201

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)