IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENEXA BRASSRING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-521 (SLR) |
| | ) | |
| TALEO CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of (1) *Taleo Corporation's Initial Disclosures;* (2) *Taleo Corporation's First Set of Requests for Admissions to Kenexa BrassRing, Inc.;* (3) *Taleo Corporation's First Set of Interrogatories to Kenexa BrassRing, Inc.;* (4) *Taleo Corporation's First Set of Contention Interrogatories to Kenexa BrassRing, Inc.;* and (5) *Taleo Corporation's First Set of Requests for Production to Kenexa BrassRing, Inc.* were caused to be served on March 28, 2008 upon the following in the manner indicated:

**BY E-MAIL and HAND DELIVERY**

Frederick L. Cottrell, III, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

**BY E-MAIL**

Matthew B. Lowrie, Esquire
Robert J. Silverman, Esquire
LOWRIE, LANDO & ANASTASI, LLP
Riverfront Office Park
One Main Street – 11th Floor
Cambridge, MA  02142

-2-

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    */s/ Thomas C. Grimm*
                    _____
                    Jack B. Blumenfeld (#1014)
                    Thomas C. Grimm (#1098)
                    1201 N. Market Street
                    P.O. Box 1347
                    Wilmington, DE  19899-1347
                    (302) 658-9200
                    tgrimm@mnat.com
OF COUNSEL:           *Attorneys for Defendant*

Jay F. Utley
Brian C. McCormack
Nathan A. Engels
J. Brent Alldredge
BAKER & MCKENZIE LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX  75201
(214) 978-3000

Dated:  March 28, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Frederick L. Cottrell, III, Esquire
>RICHARDS, LAYTON & FINGER

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on March 28, 2008 upon the following individuals in the manner indicated:

**BY E-MAIL and HAND DELIVERY**

Frederick L. Cottrell, III, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**BY E-MAIL**

Matthew B. Lowrie, Esquire
Robert J. Silverman, Esquire
LOWRIE, LANDO & ANASTASI, LLP
Riverfront Office Park
One Main Street – 11th Floor
Cambridge, MA 02142

*/s/ Thomas C. Grimm*
Thomas C. Grimm (#1098)

2171949