IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENEXA BRASSRING, INC.,<br><br>           Plaintiff,<br><br>    v.<br><br>TALEO CORPORATION,<br><br>           Defendant, | C.A. No. 07-521-SLR |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 28, 2008, true and correct copies of Initial Disclosures Of Plaintiff Kenexa BrassRing, Inc. Pursuant To Fed. R. Civ. P. 26(a)(1) And Disclosure Regarding Electronically Stored Information, were served on counsel below as noted:

**Via Electronic Mail and Hand Delivery**

Thomas C. Grimm
Morris, Nichols, Arst & Tunnell
1201 North Market Street
P.O Box 1347
Wilmington, DE  19899
(302) 658-9200

**Via Electronic Mail and Federal Express**

Jay F. Utley
Brian C. McCormack
Nathan A. Engels
J. Brent Alldredge
Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201

*/s/ Kelly E. Farnan*
Frederick L. Cottrell, III (#2555)
Kelly E. Farnan (#4395)
cottrell@rlf.com
farnan@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Tel: (302) 651-7700
Fax: (302) 651-7701

*Attorneys for Plaintiff*
*Kenexa BrassRing, Inc.*

OF COUNSEL:

Matthew B. Lowrie
Robert J. Silverman
Lowrie, Lando & Anastasi, LLP
One Main Street, Eleventh Floor
Cambridge, MA 02142

Dated: March 28, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following, who have also been served as noted:

**BY HAND DELIVERY AND E-MAIL**

Thomas C. Grimm, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899

**BY FEDERAL EXPRESS AND E-MAIL**

Jay F. Utley
Brian C. McCormack
Nathan A. Engels
J. Brent Alldredge
Baker & McKenzie LLP
2300 Trammel Center
2001 Ross Avenue
Dallas, TX 45201

_Kelly E. Farnan_
Kelly E. Farnan (#4395)