IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENEXA BRASSRING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-521 (SLR) |
| | ) | |
| TALEO CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of (1) *Taleo Corporation's Objections and Responses to Kenexa BrassRing, Inc.'s First Set of Requests for the Production of Documents and Things; and* (2) *Taleo Corporation's Objections and Responses to Kenexa BrassRing, Inc.'s First Set of Interrogatories* were caused to be served on May 29, 2008, upon the following in the manner indicated:

### BY E-MAIL and FIRST CLASS MAIL

Frederick L. Cottrell, III, Esquire
Steven J. Fineman, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

### BY E-MAIL

Matthew B. Lowrie, Esquire
Robert J. Silverman, Esquire
LOWRIE, LANDO & ANASTASI, LLP
Riverfront Office Park
One Main Street – 11th Floor
Cambridge, MA 02142

-2-

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas C. Grimm*

_____

Jack B. Blumenfeld (#1014)
Thomas C. Grimm (#1098)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
tgrimm@mnat.com
*Attorneys for Defendant*

OF COUNSEL:

Jay F. Utley
Brian C. McCormack
Nathan A. Engels
J. Brent Alldredge
BAKER & MCKENZIE LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX  75201
(214) 978-3000

May 30, 2008
2347740

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

Frederick L. Cottrell, III, Esquire
RICHARDS, LAYTON & FINGER

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on May 30, 2008 upon the following individuals in the manner indicated:

| **BY E-MAIL** | **BY E-MAIL** |
| --- | --- |
| Frederick L. Cottrell, III, Esquire | Matthew B. Lowrie, Esquire |
| RICHARDS, LAYTON & FINGER | Robert J. Silverman, Esquire |
| One Rodney Square | LOWRIE, LANDO & ANASTASI, LLP |
| P.O. Box 551 | Riverfront Office Park |
| Wilmington, DE  19899 | One Main Street – 11th Floor |
| | Cambridge, MA  02142 |

/s/ Thomas C. Grimm

_____

Thomas C. Grimm (#1098)

2347740