IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENEXA BRASSRING, INC., <br><br> Plaintiff, <br><br> v. <br><br> TALEO CORPORATION, <br><br> Defendant. | C.A. No. 07-521-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 9, 2008, true and correct copies of Kenexa BrassRing, Inc.'s Objections And Responses To First Set Of Requests From Taleo, Objections And Responses To First Set Of Interrogatories, and Objections And Responses To First Set Of Requests For Admission were served on counsel below as noted:

**Via Electronic Mail and Hand Delivery**

Jack B. Blumenfeld
Thomas C. Grimm
Morris, Nichols, Arst & Tunnell, LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

**Via Electronic Mail and Federal Express**

Jay F. Utley
Brian C. McCormack
Nathan A. Engels
J. Brent Alldredge
Baker & McKenzie, LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201

| | |
|---|---|
| OF COUNSEL: | /s/ Frederick L. Cottrell, III |
| | Frederick L. Cottrell, III (#2555) |
| Matthew B. Lowrie | Kelly E. Farnan (#4395) |
| Robert J. Silverman | cottrell@rlf.com |
| Lowrie, Lando & Anastasi, LLP | farnan@rlf.com |
| One Main Street, Eleventh Floor | Richards, Layton & Finger |
| Cambridge, MA 02142 | One Rodney Square |
| | 920 N. King Street |
| Dated: June 9, 2008 | Wilmington, Delaware 19801 |
| | (302) 651-7700 |

*Attorneys for Plaintiff*
*Kenexa BrassRing, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following, who have also been served as noted:

### BY HAND DELIVERY AND E-MAIL

Jack B. Blumenfeld
Thomas C. Grimm
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899

### BY E-MAIL

Jay F. Utley
Brian C. McCormack
Nathan A. Engels
J. Brent Alldredge
Baker & McKenzie, LLP
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, TX 75201

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com