IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENEXA BRASSRING, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TALEO CORPORATION, )<br>)<br>Defendant. ) | C.A. No. 07-521 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of (1) *Taleo Corporation's Second Set of Interrogatories to Kenexa BrassRing, Inc.* and (2) *Taleo Corporation's Second Set of Requests for Production of Kenexa BrassRing, Inc.* were caused to be served on June 16, 2008, upon the following in the manner indicated:

### BY E-MAIL and HAND DELIVERY

Frederick L. Cottrell, III, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

### BY E-MAIL

Matthew B. Lowrie, Esquire
Robert J. Silverman, Esquire
LOWRIE, LANDO & ANASTASI, LLP
Riverfront Office Park
One Main Street – 11th Floor
Cambridge, MA  02142

-2-

                                            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                            */s/ Thomas C. Grimm*
                                            _____
                                            Jack B. Blumenfeld (#1014)
                                            Thomas C. Grimm (#1098)
                                            1201 N. Market Street
                                            P.O. Box 1347
                                            Wilmington, DE  19899-1347
                                            (302) 658-9200
OF COUNSEL:                                  tgrimm@mnat.com
                                            *Attorneys for Defendant*

Jay F. Utley
Brian C. McCormack
Nathan A. Engels
J. Brent Alldredge
BAKER & MCKENZIE LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX  75201
(214) 978-3000

June 16, 2008
2171949

-2-

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> Frederick L. Cottrell, III, Esquire
> RICHARDS, LAYTON & FINGER

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on June 16, 2008 upon the following individuals in the manner indicated:

| **BY E-MAIL** | **BY E-MAIL** |
|---|---|
| Frederick L. Cottrell, III, Esquire | Matthew B. Lowrie, Esquire |
| RICHARDS, LAYTON & FINGER | Robert J. Silverman, Esquire |
| One Rodney Square | LOWRIE, LANDO & ANASTASI, LLP |
| P.O. Box 551 | Riverfront Office Park |
| Wilmington, DE 19899 | One Main Street – 11th Floor |
| | Cambridge, MA 02142 |

*/s/ Thomas C. Grimm*
_____
Thomas C. Grimm (#1098)

2171949