IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENEXA BRASSRING, INC., <br><br> Plaintiff, <br><br> v. <br><br> TALEO CORPORATION, <br><br> Defendant, | C.A. No. 07-521-SLR |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on June 27, 2008, true and correct copies of Kenexa BrassRing, Inc.'s Objections And Responses To Contention Interrogatories were served on counsel below as noted:

**Via Electronic Mail and Hand Delivery**

Thomas C. Grimm
Morris, Nichols, Arst & Tunnell, LLP
1201 North Market Street
P.O Box 1347
Wilmington, DE  19899

**Via Electronic Mail**

Jay F. Utley
Brian C. McCormack
Nathan A. Engels
J. Brent Alldredge
Baker & McKenzie, LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201

OF COUNSEL:

Matthew B. Lowrie
Robert J. Silverman
Lowrie, Lando & Anastasi, LLP
One Main Street, Eleventh Floor
Cambridge, MA 02142

Dated: June 27, 2008

*/s/ Kelly E. Farnan*
Frederick L. Cottrell, III (#2555)
Kelly E. Farnan (#4395)
cottrell@rlf.com
farnan@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
(302) 651-7700

*Attorneys for Plaintiff*
*Kenexa BrassRing, Inc.*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Thomas C. Grimm
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> P. O. Box 1347
> Wilmington, DE  19899

I hereby certify that on June 27, 2008, the foregoing document was sent via electronic mail to the following non-registered participants:

> Jay F. Utley
> Brian C. McCormack
> Nathan A. Engels
> J. Brent Alldredge
> Baker & McKenzie LLP
> 2300 Trammell Crow Center
> 2001 Ross Avenue
> Dallas, TX  75201

*Kelly E. Farnan*
Kelly E. Farnan (#4395)