IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENEXA BRASSRING, INC., <br><br> Plaintiff, <br><br> v. <br><br> TALEO CORPORATION, <br><br> Defendant, | C.A. No. 07-521-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 16, 2008, true and correct copies of Kenexa BrassRing, Inc.'s Responses To Taleo's Second Set of Interrogatories (Nos. 8 & 9) were served on counsel below as noted:

**Via Electronic Mail and Hand Delivery**

Jack B. Blumenfeld
Thomas C. Grimm
Morris, Nichols, Arst & Tunnell, LLP
1201 North Market Street
P.O Box 1347
Wilmington, DE  19899

**Via Electronic Mail**

Jay F. Utley
Brian C. McCormack
Nathan A. Engels
J. Brent Alldredge
Baker & McKenzie, LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201

RLF1-3303362-1

|  |  |
|---|---|
| OF COUNSEL:<br><br>Matthew B. Lowrie<br>Robert J. Silverman<br>Lowrie, Lando & Anastasi, LLP<br>One Main Street, Eleventh Floor<br>Cambridge, MA 02142<br><br>Dated: July 17, 2008 | /s/ Kelly E. Farnan<br>Frederick L. Cottrell, III (#2555)<br>Kelly E. Farnan (#4395)<br>cottrell@rlf.com<br>farnan@rlf.com<br>Richards, Layton & Finger<br>One Rodney Square<br>920 N. King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br><br>*Attorneys for Plaintiff*<br>*Kenexa BrassRing, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following, who have also been served as noted:

### BY HAND DELIVERY

Jack B. Blumenfeld
Thomas C. Grimm
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899

### BY FEDERAL EXPRESS

Jay F. Utley
Brian C. McCormack
Nathan A. Engels
J. Brent Alldredge
Baker & McKenzie, LLP
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, TX 75201

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
Farnan@rlf.com