IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENEXA BRASSRING, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  C.A. No. 07-521 (SLR) |
| | ) |
| TALEO CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *Taleo Corporation's Objections and Responses to Kenexa BrassRing, Inc.'s Contention Interrogatories for Issues on Which Kenexa Bears the Burden of Proof* were caused to be served on July 28, 2008, upon the following in the manner indicated:

**BY E-MAIL and REGULAR MAIL**

Frederick L. Cottrell, III
Steven J. Fineman
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

**BY E-MAIL**

Matthew B. Lowrie
Robert J. Silverman
LOWRIE, LANDO & ANASTASI, LLP
Riverfront Office Park
One Main Street – 11th Floor
Cambridge, MA  02142

-2-

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas C. Grimm*

_____
Jack B. Blumenfeld (#1014)
Thomas C. Grimm (#1098)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
tgrimm@mnat.com
jparrett@mnat.com
*Attorneys for Defendant*

OF COUNSEL:

Jay F. Utley
Brian C. McCormack
Nathan A. Engels
J. Brent Alldredge
BAKER & MCKENZIE LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX  75201
(214) 978-3000

July 31, 2008
2433358

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on July 31, 2008 upon the following individuals in the manner indicated:

| **BY E-MAIL** | **BY E-MAIL** |
|---|---|
| Frederick L. Cottrell, III | Matthew B. Lowrie |
| Steven J. Fineman | Robert J. Silverman |
| Kelly E. Farnan | LOWRIE, LANDO & ANASTASI, LLP |
| RICHARDS, LAYTON & FINGER | Riverfront Office Park |
| One Rodney Square | One Main Street – 11th Floor |
| P.O. Box 551 | Cambridge, MA  02142 |
| Wilmington, DE  19899 | |

*/s/ Thomas C. Grimm*

_____
Thomas C. Grimm (#1098)

2433358