## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENEXA BRASSRING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-521-SLR |
| | ) | |
| TALEO CORPORATION, | ) | |
| | ) | |
| Defendant, | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 31, 2008, true and correct copies of First

Supplemental Responses of Kenexa Brassring, Inc. to Taleo Corporation's Contention

Interrogatories (Contention Interrogatory No. 7) were served on counsel below as noted:

**BY E-MAIL**

Thomas C. Grimm
Morris, Nichols, Arst & Tunnell, LLP
1201 North Market Street
P.O Box 1347
Wilmington, DE   19899

**BY E-MAIL**

Jay F. Utley
Brian C. McCormack
Nathan A. Engels
J. Brent Alldredge
Baker & McKenzie, LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201

OF COUNSEL:

Matthew B. Lowrie
Robert J. Silverman
Lowrie, Lando & Anastasi, LLP
One Main Street, Eleventh Floor
Cambridge, MA 02142

*Kelly E. Farnan*

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Kelly E. Farnan (#4395)
farnan@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, Delaware  19801
(302) 651-7700
*Attorneys for Plaintiff*
*Kenexa BrassRing, Inc*

Dated:  August 1, 2008

RLF1-3308316-1

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 1, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF and caused the same to be served on the plaintiff at the addresses and in the manner indicated below:

### BY HAND DELIVERY

Jack B. Blumenfeld
Thomas C. Grimm
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE   19899

I further certify that on August 1, 2008, the foregoing document was sent to the following non-registered participants in the manner indicated:

### BY FEDERAL EXPRESS

Jay F. Utley
Brian C. McCormack
Nathan A. Engels
J. Brent Alldredge
Baker & McKenzie, LLP
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, TX 75201

Kelly E. Farnan (#4395)

RLF1-3303413-1