IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENEXA BRASSRING, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-521-SLR |
| | ) |
| TALEO CORPORATION, | ) |
| | ) |
| Defendant. | ) |

O R D E R

At Wilmington this 12th day of August, 2008,

IT IS HEREBY ORDERED that the oral argument originally scheduled for August 28, 2009 at 9:00 a.m. is hereby rescheduled to **Friday, August 28, 2009** at **1:00 p.m.** Each side will be given one hour to present their argument.

_____
United States District Judge