# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| KENEXA BRASSRING, INC., | |
| Plaintiff, | |
| v. | C.A. No. 07-521-SLR |
| TALEO CORPORATION, | |
| Defendant, | |

## <u>NOTICE OF SERVICE</u>

PLEASE TAKE NOTICE that on August 22, 2008, true and correct copies of Kenexa

BrassRing, Inc.'s Second Set of Requests for the Production of Documents and Things were

caused to be served on counsel below as noted:

**Via Electronic Mail and Hand Delivery**

Thomas C. Grimm
Morris, Nichols, Arst & Tunnell, LLP
1201 North Market Street
P.O Box 1347
Wilmington, DE   19899

**Via Electronic Mail**

Jay F. Utley
Brian C. McCormack
Nathan A. Engels
J. Brent Alldredge
Baker & McKenzie, LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201

RLF1-3263395-1

OF COUNSEL:

Matthew B. Lowrie
Robert J. Silverman
Lowrie, Lando & Anastasi, LLP
One Main Street, Eleventh Floor
Cambridge, MA 02142

Dated:  August 22, 2008

Frederick L. Cottrell, III (#2555)
Steven J. Fineman (#4025)
cottrell@rlf.com
fineman@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, Delaware  19801
(302) 651-7700

*Attorneys for Plaintiff*
*Kenexa BrassRing, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2008, I electronically filed the foregoing with the

Clerk of Court using CM/ECF which will send notification of such filing(s) to the following,

who have also been served as noted:

**BY HAND DELIVERY**

Thomas C. Grimm
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE   19899

**BY ELECTRONIC MAIL**

Jay F. Utley
Brian C. McCormack
Nathan A. Engels
J. Brent Alldredge
Baker & McKenzie, LLP
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, TX 75201

Steven J. Fineman (#4025)
Fineman@rlf.com